**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | CR-00-1185-PCT-LOA |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Aubrey Paul Stewart, ) | |
| Defendant. ) | |

This matter arises on Defendant's Motion for Return of Remaining Seized Property (docket # 176), filed on September 13, 2006. The Government filed its Response (docket # 177) on September 15, 2006.

A review of the file indicates that judgment was entered in this criminal case on December 5, 2001 when Defendant was sentenced per a plea agreement on a Class A misdemeanor and sentenced by the undersigned subsequent to Defendant's express consent to magistrate judge jurisdiction. (docket # 160) This criminal case is no longer pending. On October 20, 2006, however, the Honorable Frederick J. Martone granted the subject motion in CV-00-1569-PHX-FJM. The motion is now moot.

**IT IS ORDERED** that Defendant's Motion for Return of Remaining Seized Property (docket # 176) is **DENIED** as moot.

DATED this 25th day of October, 2006.

Lawrence O. Anderson
United States Magistrate Judge